UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| AMOS BALONGO, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 23-00472 JMS-WRP |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| | August 2, 2024 |
| ANDREA WAFULA BALONGO, | At 11 o'clock and 15 min a.m.<br>LUCY H. CARRILLO, CLERK |
| Defendant. | |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

On August 2, 2024, the Court issued its "ORDER DISMISSING ACTION," ECF NO. 35, (August 2, 2024 Order).

IT IS ORDERED AND ADJUDGED that this action is hereby DISMISSED without prejudice, pursuant to and in accordance with the August 2, 2024 Order. Further, the Clerk of Court is directed to close the case file.

| | |
|---|---|
| August 2, 2024 | LUCY H. CARRILLO |
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by: JI |
| | (By) Deputy Clerk |